# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

United States of America
v.
Physique Dalton

Case No: 5:18-cr-62-KDB-DSC-1

USM No: 21148-058

Date of Original Judgment: 05/15/2020
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

Kevin Tate
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 60 months **is reduced to** 47 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/15/2020 shall remain in effect.

**IT IS SO ORDERED**.

Signed: January 2, 2024

Kenneth D. Bell
United States District Judge

Effective Date: February 1, 2024
*(if different from order date)*

Kenneth D. Bell
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
***(Not for Public Disclosure)***

DEFENDANT: Physique Dalton
CASE NUMBER: 5:18-cr-62-KDB-DSC-1
DISTRICT: Western District of North Carolina

**I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)***

Previous Total Offense Level: 23
Criminal History Category: IV
Previous Guideline Range: 70 to 87 months

Amended Total Offense Level: 23
Criminal History Category: III
Amended Guideline Range: 57 to 71 months

**II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

**III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))***

At sentencing, the Court departed downward from the guideline range by 10 months to account for time served (10 months) on a discharged state sentence, (Doc. No. 30), resulting in a sentence of 60 months. Accounting for the same downward departure of 10 months from the bottom of the amended guideline range results in a sentence of 47 months.